UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
JUL 27 2021
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-20-0240-S3 |
| | § | |
| DANIEL SEPULVEDA | § | |
| EVARISTO SEPULVEDA, III | § | |
| JUAN INDALECIO GARCIA | § | |
| JOSE LUIS GARCIA | § | |
| RENE SEPULVEDA | § | |
| | § | |
| EDGAR YVAN MORENO BARRAGAN | § | |
| | § | |
| | § | |
| | § | |

## THIRD SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

Beginning on or about February of 2007 and continuing until on or about the date of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

DANIEL SEPULVEDA
EVARISTO SEPULVEDA, III
JUAN INDALECIO GARCIA
JOSE LUIS GARCIA
RENE SEPULVEDA

EDGAR YVAN MORENO BARRAGAN

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1,000 kilograms or more of

a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

On or about January 22, 2018 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SEPULVEDA**
**JOSE LUIS GARCIA**

**EDGAR YVAN MORENO BARRAGAN**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 123 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Three

On or about January 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**EVARISTO SEPULVEDA, III**
**JUAN INDALECIO GARCIA**
**JOSE LUIS GARCIA**
and
**RENE SEPULVEDA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 320 kilograms of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Four

On or about August 30, 2019, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**JOSE LUIS GARCIA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $275, 205.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

## Count Five

On or about August 30, 2019, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**DANIEL SEPULVEDA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $83,920.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an

offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

### Count Six

On or about August 30, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE LUIS GARCIA**

did corruptly attempt to, alter destroy, mutilate, and conceal a record, document, or other object or attempt to do so, with intent to impair its integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(c) (1), and Title 18, United States Code, Section 2.

### Count Seven

On or about February 5, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE LUIS GARCIA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $18,620.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and

attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

### Count Eight

On or about February 5, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE LUIS GARCIA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $52,442.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

### Count Nine

On or about February 5, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL SEPULVEDA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $4,100.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction

was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

### Count Ten

From on or about April 2002 and continuing and up to and including February 5, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

**DANIEL SEPULVEDA**
**and**
**JOSE LUIS GARCIA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

    a.    did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

    b.    knowingly conduct and attempt to conduct a financial transaction affecting

interstate and foreign commerce, to wit, the purchase of the properties, both real and personal, which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, a violation of Title 21, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity., in violation of Title 18 United States Code Sections 1956(a)(1)(B)(i).

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(a)(2)(A), and (h).

## Count Eleven

On or about April 10, 2017 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**JOSE LUIS GARCIA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the purchase of the property located at 2512 S. C St. McAllen, Texas, which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

### Counts Twelve through Fifteen

On or about April 21, 2017 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

did knowingly engage and attempt to engage in the following monetary transactions by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000.00, that is the transfer of U.S. currency, such property having been derived from a specified unlawful activity, that is, illegal drug trafficking.

| COUNT | DEFENDANT | DATE | MONETARY TRANSACTION |
|---|---|---|---|
| 12 | Julisa Pena | April 21, 2017 | $25,000.00 U.S Currency |
| 13 | Julisa Pena | May 8, 2017 | $35,000.00 U.S Currency |
| 14 | Julisa Pena | May 23, 2017 | $25,000.00 U.S Currency |
| 15 | Julisa Pena | June 30, 2018 | $25,000.00 U.S Currency |

All in violation of Title 18, United States Codes, Sections 1957 and 2.

### NOTICE OF CRIMINAL FORFEITURE

### NOTICE OF FORFEITURE
### (21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the Defendants charged in Counts One through Five of this Indictment, that upon conviction of a violation of Title 21, United States Code, Sections 841 and/or 846,

1. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation,

is subject to forfeiture.

## NOTICE OF FORFEITURE
## (18 U.S.C. § 982(a)(1))

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the Defendants charged in Count Six of this Indictment that upon conviction of a violation of Title 18, United States Code, Section 1956, including conspiracy, all property, real and personal, involved in such violation, and all property traceable to such property, is subject to forfeiture.

### MONEY JUDGMENT

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture, for which the Defendants may be jointly and severally liable, and which is at least 10 million dollars.

### PROPERTY SUBJECT TO FORFEITURE

Defendants are notified that the property subject to forfeiture includes, but is not limited to, the following personal property:

| Asset No. | Asset | Description (including VIN or account number) |
|---|---|---|
| 1 | $83,920.00 in United States currency | Seized from D.S. on or about August 30, 2019 |
| 2 | $275,205.00 in United States currency | Seized from J. G. on or about August 30, 2019 |
| 3 | $4,100.00 in United States currency | Seized from D.S on or about February 5, 2020 |
| 4 | $52,442.00 in United States currency | Seized from J.G. on or about February 5, 2020 |
| 5 | $18,620.00 in United States currency | Seized from J.G. on or about February 5, 2020 |

Defendants are further notified that the property subject to forfeiture includes, but is not limited to, the following real property:

a. The real property, improvements and appurtenances located at 25 Midway, Rio Grande City, Texas and legally described as follows:

Lot Six (6) Midway Acres S/D, Property Description: Starr County Property ID: 94625, Geographic ID: 11963-00000-00600-000000

b. The real property, improvements and appurtenances located at 27 Midway, Rio Grande City, Texas and legally described as follows:

Lot Seven (7) Midway Acres S/D, Property Description: Starr County Property ID: 94626, Geographic ID: 11963-00000-00700-000000

c. The real property, improvements and appurtenances located at 3147 Mesquite Country Ln., Rio Grande City, Texas and legally described as follows:

Lot Eight (8) Mesquite Country S/D, Property Description: Starr County Property ID: 82386, Geographic ID: 11918-00000-00800-000000

d. The real property, improvements and appurtenances located at 2512 S. C St., McAllen, Texas and legally described as follows:

Lot Three A (3A) San Angel Country, Property Description: Hidalgo County Property ID: 1013326, Geographic ID: S0270-00-000-003A-00

e. The real property, improvements and appurtenances located at 39 Alegria, Rio Grande City, Texas and legally described as follows:

Lot Thirty-Two (32) La Amistad S/DDEED12, Property Description: Starr County Property ID: 72805, Geographic ID: 10495-00000-03200-000000

f. The real property, improvements and appurtenances located at 1049 Navajo, Rio Grande City, Texas and legally described as follows:

Lot Seven and Eight (7 AND 8) North Gate S/D Phase 1, Property Description: Starr County Property ID: 96747, Geographic ID: 12970-00000-00700-000000

g. The real property, improvements and appurtenances located at 3396 W. US Hwy 83, Rio Grande City, Texas and legally described as follows:

Lot Six (6) Midway S/DDEED 03, Property Description: Starr County Property ID: 75446, Geographic ID: 11960-00000-00600-000000

h. The real property, improvements and appurtenances located and legally described as follows:

Cameron County Property ID: 412884 (ABST 10- PICHER N 1/2 W 1/3 & N1/2 E2/3 BLK 5 7.776 OUT OF 9.0000 AC) with Geographic ID: 85-7490-0050-0101-00

Cameron County Property ID: 181959 (ABST 10- PICHER BLK 5 S 1/2 E 1/3 3.3400 AC) with Geographic ID: 85-7490-0050-0500-00

Cameron County Property ID: 181956 (ABST 10- PICHER BLK 4 E 1/3, 6.6600 ACRES) with Geographic ID: 85-7490-0040-0200-00

Cameron County Property ID: 181960 (ABST 10- PICHER E 2/3 & W1/3 BLK6, 20.0000 AC) with Geographic ID: 85-7490-0060-0100-00

i. The real property, improvements and appurtenances located and legally described as follows:

GPS: 26.364938,-98.891692, Acreage, 140 Porras Bros. Rio Grande City, TX
Property Description: Starr County Property ID: 998772, Midway Road Ranches Tract-4 AB 126 POR 74 P LUGO SH 6-A, 7 7 SH-A, Geographic ID: 11961-00000-00400-000000

j. The real property, improvements and appurtenances located and legally described as follows:

GPS: 26.373550,-98.840032, Acreage, Banco Isaguirre (Shufford's Property)
Property Description: Starr County Property ID: 96038, BANCO ISAGUIRRE #58 & AB 82 POR 78 D GARCIA, Geographic ID: 89000-01500-00000-000005

A TRUE BILL

_____
FOREPERSON

UNITED STATES ATTORNEY

*Patricia Cook Profit* (signature)
_____
ASSISTANT UNITED STATES ATTORNEY