UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 7:20-CR-00240-7 |
| § | |
| EDGAR YVAN MORENO BARRAGAN § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE COURT:

Defendant, EDGAR YVAN MORENO BARRAGAN, hereby files Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Southern District of Texas, McAllen Division, appealing this court's judgment imposed on May 13, 2022.

May 17, 2022

Respectfully submitted,

/s/ *Susan J. Clouthier*
Susan J. Clouthier
Clouthier Law, PLLC
Tex. Bar No. 24062673
9950 Woodloch Forest Dr, Ste 1300
The Woodlands, Texas 77380
Ph: (832) 849-5410
Fax: (832) 514-6215
susan@clouthierlaw.com

**Counsel for Defendant
Edgar Yvan Moreno Barragan**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, a true and correct copy of the foregoing Notice of Appeal was filed electronically which will give notice of the filing to Counsel for U.S. Attorney's Office, Patricia Cook Profit, pat.profit@usdoj.gov.

/s/ *Susan J. Clouthier*
Susan J. Clouthier